UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILENE STEUR,<br><br>                  *Plaintiff*,<br><br>     v.<br><br>GLOCK INC.; GLOCK GES.M.B.H,<br><br>                  *Defendants*,<br><br>LETITIA JAMES, in her official capacity as the Attorney General for the State of New York,<br><br>                  *Movant*. | **NOTICE OF UNOPPOSED MOTION TO INTERVENE**<br><br>No. 22-cv-3192 (DG) (PK) |

      **PLEASE TAKE NOTICE** that, upon the accompanying declaration of Ester Murdukhayeva, Letitia James, in her official capacity as the Attorney General of the State of New York, by and through undersigned counsel, will move the Court, before Honorable Diane Gujarati, in Courtroom 4B of the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for leave to intervene in this action pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 24(a)(1) and (b)(2).

Dated: New York, New York
       July 27, 2022

                                                  LETITIA JAMES
                                                  *Attorney General*
                                                  *State of New York*

                                          By:  /s/ *Ester Murdukhayeva*
                                                  Ester Murdukhayeva
                                                  Deputy Solicitor General
                                                  28 Liberty Street
                                                  New York, New York 10005
                                                  (212) 416-6279