UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
ILENE STEUR,

               Plaintiff,

               -against-

GLOCK, INC. AND GLOCK GES.M.B.H.,

             Defendants.

------------------------------------------------------------- x

**CERTIFICATE PURSUANT TO 28 U.S.C. § 2403(b)**

22-CV-3192 (DG)(PK)

**Peggy Kuo, United States Magistrate Judge:**

      The court hereby certifies that the defendants in this action intend to challenge the New York General Business Law, § 898-a *et. seq.* ("Act"), as unconstitutional because it violates the Supremacy Clause, the Dormant Commerce Clause, and the Due Process Clause of the United States Constitution. Pursuant to 28 U.S.C. § 2403(b), the State of New York may intervene on the question of the Act's constitutionality.

      The defendants are ordered to serve a copy of this Certification and the notice required under Federal Rule of Civil Procedure 5.1 upon the Attorney General of the State of New York, and to file a declaration of service with the Court via ECF by August 3, 2022.

SO ORDERED:

*Peggy Kuo*

PEGGY KUO
United States Magistrate Judge

Dated: Brooklyn, New York
          July 29, 2022